B. INDIVIGLIO & SONS, a Copartnership, Composed of BENJAMIN INDIVIGLIO et al., Appellants, *v.* LOUIS J. MICCIO et al., Defendants, and ANDERSON BRICK & SUPPLY CO., INC., Defendant-Respondent.

Argued November 23, 1942; decided January 7, 1943.

*Louis Sanders* and *David A. Ferdinand* for appellants.

*Morris Wagman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.